Fred Hover, Trading as Fred Hover Company, Appellant and Cross Appellee, v. Colonial Premier Company, Appellee and Cross Appellant.

Gen. No. 42,188.

O'CONNOR, J., dissents.

Heard in first division, first district, this court at December term, 1941; opinion filed November 30, 1942. David H. Caplow and Bernard J. Brown, for appellant; Brown, Fox and Blumberg, for appellee; Charles LeRoy Brown and Jacob Logan Fox, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."